SIMON BERMAN, Respondent, v. EMRING, INC., et al., Defendants, and ALLISON MANAGEMENT CORP. et al., Appellants.—

Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.

CARMEL AND LIVINGSTON No. 2 CORP., Appellant, v. EDWARD P. LARKIN et al., Copartners Doing Business as GREAT NECK ASSOCIATES, Respondents, et al., Defendants.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.